ROSE GLICKFELD, RESPONDENT, v. SYLVIA A. VENOKUR, TRADING, ETC., APPELLANT.

Argued October 23, 1937—Decided January 26, 1938.

For the appellant, *Fast & Fast.*

For the respondent, *David M. Litwin* and *Moe A. Litwin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   10.

*For reversal*—None.